**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**POLLY ELIZABETH STRATTON**                                                    **PETITIONER**
**ADC #750283**

**v.**                  **CASE NO.: 5:08CV00001-BSM-BD**

**LARRY NORRIS, Director,**                                                  **RESPONDENT**
**Arkansas Department of Correction**

**ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Petitioner's petition for writ of habeas corpus (#1) is DISMISSED with prejudice. All pending motions are DENIED as moot.

IT IS SO ORDERED, this 14th day of July, 2008.

_____
UNITED STATES DISTRICT JUDGE